[No. 1847]

TONOPAH AND GOLDFIELD RAILROAD COM-PANY (a Corporation), Respondent, *v.* JOHN DOE FELLENBAUM and P. D. PAYNE, APPEL-LANTS.

On Rehearing

Former opinion and judgment as reported in 32 Nev. 278, affirmed. Norcross, J., dissenting.

APPEAL from the Seventh Judicial District Court, Esmeralda County; *Theron Stevens*, Judge.

*James Donovan*, for Appellants.

*Campbell, Metson & Brown, Huger Wilkinson*, and *Claude Gillespie*, for Respondent.

By the Court, TALBOT, J.:

Upon further consideration, after rehearing, we see no reason for changing the views which we expressed in the original opinion, and we think justice and the law will be best subserved by allowing it to stand. (32 Nev. 278.)

As therein directed, the judgment of the district court is reversed, and the case is ordered remanded for a new trial.

SWEENEY, C. J.: I concur.

NORCROSS, J.: I dissent.